

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2014

No. 04-14-00539-CV

Randall Carlton **ORNDOFF**,
Appellant

v.

Terri Lee **ITALIAN**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 04-1876-CV
Honorable W.C. Kirkendall, Judge Presiding

## O R D E R

Appellant has filed a motion requesting this court to abate this appeal because the trial court has not entered findings of fact and conclusions of law despite appellant's timely request and notice of past due findings of fact and conclusions of law. The motion is GRANTED IN PART. It is ORDERED that the trial court enter findings of fact and conclusions of law and cause a supplemental clerk's record to be filed in this appeal containing the findings of fact and conclusions of law no later than thirty days from the date of this order. It is FURTHER ORDERED that the deadline for filing the reporter's record is NOT ABATED. The reporter's record was due to be filed in this court on August 20, 2014. The appellant's brief must be filed no later than thirty days after the later of: (1) the date the supplemental clerk's record is filed pursuant to this order; or (2) the date the reporter's record is filed.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court